UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ROBERT L. BAILEY, JR., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 1:21-cv-02517-SEB-DLP |
| | ) |
| R. YOUNG, | ) |
| CHANDLER, | ) |
| | ) |
| Defendants. | ) |

Report and Recommendation to Dismiss Complaint without Prejudice

The Court scheduled a telephonic status conference on May 5, 2022, and Pro Se Plaintiff did not appear. (Dkt. 57). On May 13, 2022, the court issued an order to show cause to the Pro Se Plaintiff, Dkt. [59], to appear by telephone for a Show Cause Hearing on June 7, 2022 at 2:00 p.m. (Eastern) before Magistrate Judge Doris L. Pryor. The Order explicitly warned Plaintiff that failure to appear "may result in sanctions, up to and including case dismissal." (Dkt. 59). Pro Se Plaintiff failed to appear for the show cause hearing.

Because of Plaintiff's failure to comply with the Court's orders, the Magistrate Judge recommends to the District Judge that this complaint be **DISMISSED WITHOUT PREJUDICE**.

Any objections to the Magistrate Judge's Report and Recommendation must be filed in accordance with 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b).

Failure to file objections within fourteen days after service will constitute a waiver of subsequent review absent a showing of good cause for such failure.

IT IS SO RECOMMENDED.

Date: 6/8/2022

*Doris L. Pryor*
Doris L. Pryor
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email

ROBERT L. BAILEY, JR.
Duvall Work Release Center
1848 Ludlow Ave.
Indianapolis, IN 46201