UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| ROBERT L. BAILEY, JR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:21-cv-02517-SEB-DLP |
| | ) | |
| R. YOUNG Indianapolis Sheriff Transport Deputy, | ) ) | |
| CHANDLER IMPD Officer, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER ADOPTING REPORT AND RECOMMENDATION**

The Magistrate Judge submitted her Report and Recommendation to Dismiss Complaint with Prejudice [Dkt. 61]. The parties were afforded due opportunity pursuant to statute and the rules of this Court to file objections; none were filed. The Court, having considered the Magistrate Judge's Report and Recommendation, hereby adopts the Magistrate Judge's Report and Recommendation. This case is therefore hereby dismissed without prejudice and final judgment shall be entered accordingly.

Date: 6/28/2022

SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

ROBERT L. BAILEY, JR.
Duvall Work Release Center
1848 Ludlow Ave.
Indianapolis, IN 46201

Rebecca L. Loeffler
FROST BROWN TODD LLC (Indianapolis)
rloeffler@fbtlaw.com

Barry F. McGinley
FROST BROWN TODD LLC (Indianapolis)
bmcginley@fbtlaw.com

Mathew Rayman
OFFICE OF CORPORATION COUNSEL
mathew.rayman2@indy.gov